IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV526

| | |
|---|---|
| JEAN SCOTT,  )<br>        Plaintiff,  )<br>)<br>v.  )<br>)<br>JOHN POTTER,  )<br>Postmaster General United States Postal Service,  )<br>        Defendant.  )<br>) | ORDER |

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal without Prejudice. [Document # 16].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: December 10, 2007

Graham C. Mullen
United States District Judge